# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

BARRY S. WOLFE #Y31264 )
MENARD CORRECTIONAL CENTER )   Case Number: 19-616-JPG
P.O. Box 1000 )   *(Clerk's Office will provide)*
MENARD, IL. 62259 )
*Plaintiff(s)/Petitioner(s)* )
v. )   ☒ CIVIL RIGHTS COMPLAINT
)   pursuant to 42 U.S.C. §1983 (State Prisoner)
COLES COUNTY JAIL )   ☐ CIVIL RIGHTS COMPLAINT
MEDICAL STAFF )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
701 7th STREET )   ☐ CIVIL COMPLAINT
CHARLESTON, IL. 61920 )   pursuant to the Federal Tort Claims Act, 28 U.S.C.
*Defendant(s)/Respondent(s)* )   §§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.

BARRY S. WOLFE #Y31264
MENARD CORRECTIONAL CENTER
P.O. Box 1000
MENARD, IL. 62259

**Defendant #1:**

B.    Defendant   WENDY CHAMBERS   is employed as
              (a)        (Name of First Defendant)

NURSE
              (b)                 (Position/Title)

with   COLES COUNTY JAIL
              (c)        (Employer's Name and Address)

701 7th STREET, CHARLESTON, IL. 61920

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?    ☒ Yes    ☐ No

If your answer is YES, briefly explain:

INDICATED TO BOTH DEFENDENTS #2 & #3 THAT SHE FELT I HAD A RASH FOR 10 MONTHS INSTEAD OF SEVERE SCABIES. ADVISED NOW RETIRED DOCTOR CLIMACO TO PRESCRIBE CREAM. HE AGREED.

Rev. 7/20/18

2:19-cv-02152-CSB  # 1   Page 2 of 11

**Defendant #2:**

C.    Defendant ___DOCTOR CLIMACO___ is employed as

(Name of Second Defendant)

___DOCTOR___

(Position/Title)

with ___COLES COUNTY JAIL___

(Employer's Name and Address)

___701 7th STREET, CHARLESTON, IL. 61920___

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain:

HEAD DOCTOR AT ABOVE FACILITY WHO STATED I DID
NOT HAVE SCABIES. EXAMINED ARMS ONLY AND NEGLECTED
EXAMINING LEGS, STOMACH AND PRIVATE AREAS PLUS
BUTTOCKS WHICH WERE COVERED WITH SCABIES.
PRESCRIBED CREAM. HE CLAIMED I HAD A RASH.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

DEFENDENT #3

DEFENDENT  ADVANCED CORRECTIONAL HEALTHCARE, INC.

IS EMPLOYED AS   DOCTOR /INDIAN AMERICAN/ NAME NOT

PROVIDED WITH  COLES COUNTY JAIL, 701 7th STREET,

CHARLESTON, IL. 61920

X YES            NO

THE DOCTOR CLEARLY STATED I DID NOT HAVE SCABIES, YET
I HAD ONE OF WORST CASES SEEN BY DOCTOR AT GRAHAM
CORRECTIONAL CENTER. SAME REPORT GIVEN BY DEFENDENT #2.

Rev. 7/20/18

2

## II.     PREVIOUS LAWSUITS

A.      Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes ☒No

B.      If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.   You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.      Parties to previous lawsuits:
   Plaintiff(s):   N o

   Defendant(s):

2.      Court (if federal court, name of the district; if state court, name of the county):

3.      Docket number:

4.      Name of Judge to whom case was assigned:

5.      Type of case (for example: Was it a habeas corpus or civil rights action?):

6.      Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

7.      Approximate date of filing lawsuit:

8.  Approximate date of disposition:

9.  Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

## III.  GRIEVANCE PROCEDURE

A.  Is there a prisoner grievance procedure in the institution?  ☒ Yes   ☐ No

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?                                   ☒ Yes   ☐ No

C.  If your answer is YES,
   1.  What steps did you take?  CONTACTED COUNSELOR VIA KITE IN (PRICE) WHICH SHE RETURNED TO ME. I DID NOT FILE A GRIEVANCE AT COLES COUNTY JAIL BECAUSE I WAS FALSELY DIAGNOSED BUT DID NOT KNOW I WAS UNTIL DOCTOR @ GRAHAM
   2.  What was the result?  CORRECTIONAL DIAGNOSED EXTREME CASE. COUNSELOR PRICE ANSWERED QUESTION ON MY KITE. INDICATED I DID NOT NEED TO FILE GRIEVANCE WITH COLES COUNTY JAIL. I FILED GRIEVANCE ANYWAY TO PROTECT

D.  If your answer is NO, explain why not.  MY RIGHTS.

E.  If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                      ☐ Yes   ☒ No
   I WAS TAKEN DIRECTLY TO MEDICAL SERVICES AT GRAHAM CORRECTIONAL AND TOLD COLES COUNTY MEDICAL PERSONELLE
F.  If your answer is YES,          WERE IDIOTS TO MY SCABIES DIAGNOSES.
   1.  What steps did you take?

   2.  What was the result?

G.    If your answer is NO, explain why not.    SEE SECTION E.

H.    Attach copies of your request for an administrative remedy and any
      response you received.  If you cannot do so, explain why not:

      ATTACHED

## IV.     STATEMENT OF CLAIM

**A.**     State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

100% MEDICAL MISDIAGNOSIS FROM 2 DOCTORS AND A NURSE AT THE COLES COUNTY JAIL STATING I HAD A RASH ON MY ARMS, PRIVATES, BUTTOCKS, LEGS AND UPPER THIGHS WHEN IN FACT I HAD ONE OF WORST CASES OF SCABIES DOCTOR AT GRAHAM CORRECTIONAL HAD SEEN IN HIS 30 YEARS. THIS CAUSED EXTREME PAIN AND SUFFERING AND ACCORDING TO DOCTOR AT GRAHAM, POTENTIAL LONG TERM AFFECTS.

## V.     REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

MONETARY RELIEF FOR EXTREME PAIN AND SUFFERING FOR MISDIAGNOSIS OF SCABIES WHICH AFFECTED ME IN MANY WAYS, TOTAL MEDICAL INCOMPETANCE. # 100,000 IS THE AMOUNT I AM SEEKING.

## VI.     JURY DEMAND (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 5/20/19 _(date)_

Signature of Plaintiff: Barry S. Wolfe

Street Address: 711 KASKASKIA ST. P.O. Box 1000

Printed Name: BARRY S. WOLFE

City, State, Zip: MENARD, IL. 62259

Prisoner Register Number: Y31264

_____
Signature of Attorney (if any)

# COLES COUNTY BOARD

COUNTY BOARD OFFICE
3RD FLOOR - COUNTY COURTHOUSE
651 JACKSON, ROOM 326
CHARLESTON, ILLINOIS 61920
(217) 348-0595
Fax: (217) 348-7355
Email: countyboard@co.coles.il.us

**Mike ZuHone**
**Chairman**

**Brandon Bell**
**Vice Chairman**

April 11, 2019

Donnell Wolfe
P O Box 448
Martinsville, IL 62442

Dear Mr. Wolfe,

Per your Freedom of Information requesting the physician who cared for Barry Wolfe during the period from October 26, 2017 to June, 2018, the County's response is as follows:

Coles County contracts with Advanced Correctional Healthcare, Inc. for medical services provided to inmates in the Correctional Center.

Thank you.

Elaine Karpus-Komada
FOIA Officer
Coles County

EKK

| | | | | |
|---|---|---|---|---|
| **Denise Corray** | **John Doty** | **Stan Metzger** | **Jeremy Doughty** | **Brian Marvin** |
| **Nancy Purdy** | **Paul Daily** | **Rick Shook** | **Travis Coffey** | **Juan Barron** |

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically. And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

---

### CERTIFICATE OF SERVICE

I certify that a copy of this  _LAWSUIT TO US. DIST. COURT_  was mailed/delivered
(Name of Document)

to  _CLERK OF THE COURT  US DIST. COURT_
_SOUTHERN DISTRICT OF ILLINOIS_
_301 WEST MAIN ST, BENTON, IL  62812_  on  _6/3/19_ .
(Name and Address of Party/Attorney)                     (Date)

_Barry S. Wolfe_
Signature

_BARRY S. WOLFE_
Printed Name

---

12.  Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13.  You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

Page 3 of 4

BARRY WOLFE
Y31264
MENARD CORRECTIONAL CENTER
P.O. Box 1000
MENARD, IL. 62259

Correspondence from IDOC Inmate

-LEGAL MAIL-



U.S. POSTAGE PITNEY BOWES

ZIP 62259  $ 001.45
02  4W
0000365806 JUN 03 2019

MAIL CLEARED
US MARSHALS

CLERK OF THE COURT

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
301 WEST MAIN ST.
BENTON, IL. 62812

PRIVELEGE MAIL



RECEIVED

JUN 0 5 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE