Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **BARRY S. WOLFE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case Number: 19-2152 |
| | ) |
| **WENDY CHAMBERS, RAMON CLIMACO, and DOCTOR,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff, Barry S. Wolfe's, action against Defendants Wendy Chambers, Ramon Climaco, and Doctor, is dismissed; Plaintiff shall recover nothing on his claims against each of the named Defendants.

**Dated: 1/11/2021**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court